IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

MARK ALLEN DAILEY, )
)
v. ) 2:11-cv-0098
)
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security.[1] )

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Griffin, Document #23, in which she recommends the Plaintiff's Motion for Judgment on the Administrative Record be denied and the Commissioner's decision be affirmed. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, the Plaintiff's Motion for Judgment on the Administrative Record, Document #19, is **DENIED,** the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior United States District Judge

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for former Commissioner Michael J. Astrue as the defendant in this suit.